UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-1100-Orl-78DCI

DAVID POSCHMANN,

    Plaintiff,

v.

ASIA INVESTMENT GROUP III, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: July 20, 2020

                                              s/Drew M. Levitt
                                              Drew M. Levitt
                                              Florida Bar No. 782246
                                              drewmlevitt@gmail.com
                                              Lee D. Sarkin, Esq.
                                              Florida Bar No. 962848
                                              Lsarkin@aol.com
                                              4700 N.W. Boca Raton Boulevard
                                              Suite 302
                                              Boca Raton, Florida 33431
                                              Telephone (561) 994-6922
                                              Attorneys for Plaintiff